HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
ben_d__galloway@fd.org

Attorneys for Defendant
ERIC WORRELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 15-mj-057 DAD |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING |
| v. | ) | Date: May 28, 2015 |
| ERIC WORRELL, | ) | Time: 2:00 p.m. |
| Defendants. | ) | Judge: Hon. Dale A. Drozd |

The United States of America, through its counsel, Assistant U. S. Attorney Josh Sigal, and defendant, Eric Worrell, through Assistant Federal Defender, Benjamin D. Galloway, stipulate that the Preliminary Hearing, currently scheduled for May 1, 2015, be continued to May 28, 2015 at 2:00 p.m.

The parties agree that good cause exists for continuing the preliminary examination because the parties require time to consult regarding the charges named in the criminal complaint and to review the investigative reports and other documents associated with this case.

The parties agree that the above reasons constitute good cause to extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and that the Court should

1  extend the time within which the government must file an indictment to May 28,
2  2015.
3       The parties stipulate that the ends of justice served by granting the
4  defendants' request for a continuance outweigh the best interest of the public and
5  the defendants in a speedy trial, and that this is an appropriate exclusion of time for
6  defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code
7  T4).
8   DATED: April 28, 2015          HEATHER E. WILLIAMS
9                                  Federal Defender
10
                                   */s/ Benjamin D. Galloway*
11                                 BENJAMIN D. GALLOWAY
12                                 Assistant Federal Defender
                                   Attorney for ERIC WORRELL
13
14  DATED: April 28, 2015          BENJAMIN B. WAGNER
                                   United States Attorney
15
16                                 */s/ Josh Sigal*
                                   JOSH SIGAL
17                                 Assistant U.S. Attorney
18
19
20
21
22
23
24
25
26
27
28

1

## **O R D E R**

2

   Finding good cause, the Court orders the preliminary hearing continued to

3

May 28, 2015, at 2:00 p.m., before the Hon. Dale A. Drozd; and, time excluded for

4

the reasons set forth above.  The Court finds that the ends of justice served by

5

granting the defendants' request for a continuance outweigh the best interest of the

6

public and the defendants in a speedy trial.

7

Dated:  April 29, 2015

8

9

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28