BENJAMIN B. WAGNER
United States Attorney
JOSH F. SIGAL
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

**FILED**

MAY 28 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-0110 TLN |
|---|---|
| Plaintiff, | 18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography; 18 U.S.C. § 2253(a) – Criminal Forfeiture |
| v. | |
| ERIC WORRELL, | |
| Defendant. | |

# INDICTMENT

The Grand Jury charges: T H A T

ERIC WORRELL,

defendant herein, on or about March 19, 2015, in the County of Sacramento, State and Eastern District of California, did knowingly receive visual depictions, including, but not limited to, "a (22).jpg," "bsg128.jpg" and "bsg121.jpg," using a means and facility of interstate and foreign commerce, and that had been transported in and affecting interstate and foreign commerce, by any means, including by computer, where the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depictions were of such conduct, all in violation of Title 18, United States Code, Section 2252(a)(2).

FORFEITURE ALLEGATION: [18 U.S.C. § 2253(a) – Criminal Forfeiture]

   1.     Upon conviction of the offenses alleged in the sole Count of this Indictment, defendant

ERIC WORRELL shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a), his interest in any and all matter which contains visual depictions produced, transported, mailed, shipped or received in violation thereof; any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained as a result of said violations; and any property, real or personal, used or intended to be used to commit and promote the commission of the violations, including, but not limited to:

    a. one Seagate Barracuda hard drive, serial number 9VMTHS9Y;
    b. one 16 gigabyte Sandisk Cruzer Glide USB thumb drive, serial number 20052845511919E0FD37,

2. If any property subject to forfeiture as a result of the offense alleged in this Indictment, for which defendant is convicted:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

/s/ Benjamin Wagner
BENJAMIN B. WAGNER
United States Attorney

No. _____

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

*vs.*

Eric WORRELL

## INDICTMENT

**VIOLATION(S):**   18 U.S.C. §2252(a); 18; U.S.C. §2253(a)

*A true bill,*

/s/ Signature on file w/AUSA

_____
*Foreman.*

Filed in open court this _____ 28 _____ day

of _____ MAY _____, A.D. 20 15

_____
*Clerk.*

Bail, $ __ No Bail - Previously Ordered Detained.

Dale A. Drozd

GPO 863 525

## United States v. Worrell
## Penalties for Indictment

**Defendant**
**ERIC WORRELL**

**COUNT 1:**     ERIC WORRELL

VIOLATION:     18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography

PENALTIES:     Mandatory minimum of 5 years in prison and a maximum of 20 years in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**FORFEITURE ALLEGATION:**   Eric Worrell

PENALTIES:     As stated in the charging document

2:15 - CR - 0110 TLN