HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Ben_D_Galloway@fd.org

Attorney for Defendant
Eric Worrell

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>ERIC WORRELL,<br><br>             Defendant. | Case № 2:15-cr-110-TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE:   September 24, 2015<br>TIME:   9:30 a.m.<br>JUDGE:  Hon. Troy L. Nunley |
|---|---|

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Josh F. Sigal, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D. Galloway, attorney for Eric Worrell, that the status conference scheduled for September 24, 2015, be vacated and be continued to November 5, 2015 at 9:30 a.m.

Defense counsel requires additional time to review discovery with the defendant and pursue investigation, as well as continue negotiations toward a non-trial disposition.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including November 5, 2015,  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

///

| | | |
|---|---|---|
| DATED: September 18, 2015 | | Respectfully submitted,<br>HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Benjamin D. Galloway*<br>BENJAMIN D. GALLOWAY<br>Assistant Federal Defender<br>Attorney for ERIC WORRELL |
| DATED: September 18, 2015 | | BENJAMIN B. WAGNER<br>United States Attorney<br><br>*/s/ Josh F. Sigal*<br>JOSH F. SIGAL<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including November 5, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the September 24, 2015 status conference shall be continued until November 5, 2015, at 9:30 a.m.

Dated: September 18, 2015

_____
Troy L. Nunley
United States District Judge