BENJAMIN B. WAGNER
United States Attorney
JOSH F. SIGAL
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                        Plaintiff,<br><br>                        v.<br><br>ERIC WORRELL,<br><br>                                        Defendant. | CASE NO.  2:15-CR-110 TLN<br><br>STIPULATION REGARDING RESTITUTION AND REQUEST TO VACATE RESTITUTION HEARING; ORDER<br><br>DATE: May 5, 2016<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a restitution haring on May 5, 2015.

2.      By this stipulation, the parties now move to vacate that hearing and ask the Court to enter an order regarding restitution consistent with the parties' stipulations below.

3.      Pursuant to the plea agreement, the defendant agrees that his offense and conduct are covered by the Mandatory Victim Restitution Act.  He also agrees to pay the full amount of restitution to all victims affected by this offense, including, but not limited to, the victims covered in the factual basis and other victims as a result of the defendant's conduct for the offense charged.  In his plea agreement, the defendant agrees that there is no limit on the amount of restitution that he may be ordered to pay.

4.      Based on the discovery and the admissions in the factual basis, the defendant agrees to

1   pay $1,800 in restitution.  Payment shall be made by cashier's check payable to the Clerk of the Court

2   for the Eastern District of California.

3       5.      The parties agree that the victim identified in Docket No. 37-3 is entitled to restitution in

4   this case.

5       6.      The defendant shall not seek to discharge any restitution obligation or any part of such

6   obligation in any bankruptcy proceeding.

7           IT IS SO STIPULATED

8

9   Dated:  May 3, 2016                              BENJAMIN B. WAGNER
                                                     United States Attorney
10

11                                           By:   /s/ *JOSH F. SIGAL*
                                                   JOSH F. SIGAL
12                                                 Special Assistant U.S. Attorney

13

14  Dated:  May 3, 2016                              /s/ BENJAMIN GALLOWAY
                                                     BENJAMIN GALLOWAY
15                                                   Counsel for Defendant
                                                     ERIC WORRELL
16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>                    v.<br><br>ERIC WORRELL,<br><br>                           Defendant. | CASE NO.  2:15-CR-110 TLN<br><br>ORDER REGARDING RESTITUTION |

Pursuant to the stipulation of the parties, and for good cause shown,

IT IS HEREBY ORDERED that defendant Eric Worrell shall pay restitution in the total amount of $1,800.  The Court finds that the victim identified in the stipulation is entitled to restitution.

Payment shall be made by cashier's check, payable to the Clerk of the Court for the Eastern District of California.  The defendant shall not seek to discharge any restitution obligation or any part of such obligation in any bankruptcy proceeding.

The restitution hearing scheduled for May 5, 2015 is hereby vacated.

SO ORDERED.


Dated: May 6, 2016

Troy L. Nunley
United States District Judge

1