UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 22, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

ERIC WORRELL,

    Defendant.

Case No. 2:15-CR-00110-01-TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release ERIC WORRELL, Case No. 2:15-CR-00110-01-TLN, Charge 18 U.S.C. § 3606, from custody for the following reasons:

    _____  Release on Personal Recognizance

    _____  Bail Posted in the Sum of $ _____

        _____  Unsecured Appearance Bond $ _____

        _____  Appearance Bond with 10% Deposit

        _____  Appearance Bond with Surety

        _____  Corporate Surety Bail Bond

          X   (Other): TIME SERVED and to be released forthwith.

Issued at Sacramento, California on August 22, 2024.

By: _/s/ Troy L. Nunley_

District Judge Troy L. Nunley